IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00397-MSK-STV

RITA BALDERES,

    Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, the Board of Trustees for the University of Northern Colorado ("UNC" or "Defendant") (improperly denominated as "University of Northern Colorado" in Plaintiff's Complaint), by and through its counsel, the Colorado Attorney General, respectfully submits this Notice of Removal. In support, Defendant states as follows:

1. Plaintiff originally filed the above-entitled state court action in the State of Colorado, Weld County District Court, bearing the case number 2019CV30490. Plaintiff Rita Balderes claims that Defendant violated the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203 et seq. and seeks relief through 29 U.S.C. §216(b) of the FLSA. (*See* Complaint, **Exhibit A-1**.)

2. This Court has jurisdiction over Plaintiff's lawsuit pursuant to Federal Question Jurisdiction, 28 U.S.C. §1331, which specifies that the federal district

courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The action may, therefore, be removed to this Court pursuant to 28 U.S.C. §1441(a).

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders either served upon the defendants or filed in state court are attached as Exhibit A-1 to A-7.

4. Pursuant to 28 U.S.C. § 1446(d), notice is contemporaneously provided to adverse parties and the state court by filing a copy of this notice in the state court action.

5. Pursuant to D.C.COLO.LCivR 81.1(b), a copy of the state court's register of actions is attached as **Exhibit B**. The state court has not set any hearings as of the filing of this Notice of Removal.

6. Defendant affirmatively states that this Removal is not a waiver of its sovereign immunity from liability.

WHEREFORE, Defendants respectfully submit this Notice of Removal and request this Court exercise jurisdiction over this matter pursuant to 28 U.S.C. § 1441(a).

Respectfully submitted this August 19, 2019.

    PHILIP J. WEISER
    Attorney General

    s/ *Jacob W. Paul*
    JACOB W. PAUL
    Assistant Attorney General
    Civil Litigation & Employment Section

Case 1:19-cv-02364 Document 1 Filed 08/19/19 USDC Colorado Page 3 of 3

                      Attorneys for Defendant
                      1300 Broadway, Tenth Floor
                      Denver, CO 80203
                      Telephone:  (720) 508-6595
                      FAX:  (720) 508-6032
                      E-Mail: Jacob.paul@coag.gov
                        *Counsel of Record

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL** upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 19th day of August, 2019, addressed as follows:

    David Lichtenstein
    Matt Molinaro
    Law Office of David Lichtenstein, LLC
    1556 Williams St., Suite 100
    Denver, CO 80218
    dave@lichtensteinlaw.com
    matt@lichtensteinlaw.com
    *Attorneys for Plaintiff*

                                    *s/Sally Ott*