**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02364-WJM

RITA BALDERES

Plaintiff,

vs.

UNIVERSITY OF NORTHERN COLORADO

Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(i), Plaintiff Rita Balderes hereby dismisses this action. Defendant has not served either an answer or motion for summary judgment.

Dated: August 26, 2019

s/ Matt Molinaro
David Lichtenstein
Matt Molinaro
Law Office of David Lichtenstein, LLC
1556 Williams St., Suite 100
Denver, CO 80218
Telephone: (303) 831-4750
Facsimile: (303) 863-0835
matt@lichtensteinlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Stephanie Lindquist Scoville
stephanie.scoville@coag.gov

Jacob W. Paul
jacob.paul@coag.gov

s/ Matt Molinaro
Matt Molinaro